AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Firtiva Corporation | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:21-cv-111 |
| Funimation Global Group, LLC | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Funimation Global Group, LLC
C/o Corporation Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Saul Ewing Arnstein & Lehr LLP
161 North Clark Street, Suite 4200
Chicago, IL 60601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: **3/31/21**   David A. O'Toole
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 2:21-CV-111

Plaintiff:
**Firtiva Corporation**

vs.

Defendant:
**Funimation Global Group, LLC**

For:
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604

Received by ATX Process, LLC on the 1st day of April, 2021 at 11:18 am to be served on **Funimation Global Group LLC by serving it's registered agent Corporation Service Company dba CSC Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701.**

I, Dane R. Cuppett, being duly sworn, depose and say that on the **1st day of April, 2021** at **3:14 pm, I:**

delivered to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action** with the date of delivery endorsed thereon by me, to **John Spidel, Corporation Service Company dba CSC Lawyers Incorporating Service Company** as the designated agent to accept service of process at the address of **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **Funimation Global Group LLC** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 1st day of April, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2024

Dane R. Cuppett
PSC-7114, Exp. 10/31/21
4/01/2021
Date

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600

Our Job Serial Number: ATX-2021003304
Ref: Firtiva v Funimation

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t