UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:21-cv-00111-JRG

Name of party requesting extension: FUNIMATION GLOBAL GROUP, LLC,

Is this the first application for extension of time in this case?
- [ ] Yes
- [✓] No

If no, please indicate which application this represents:
- [✓] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 4/1/2021

Number of days requested:
- [ ] 30 days
- [✓] 15 days
- [ ] Other _____ days

New Deadline Date: 6/6/2021   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Melissa Richards Smith

State Bar No.: 24001351

Firm Name: GILLAM & SMITH, LLP

Address: 303 South Washington Avenue
Marshall, Texas   75670

Phone: (903) 934-8450

Fax:   (903) 934-9257

Email: melissa@gillamsmithlaw.com

A certificate of conference does not need to be filed with this unopposed application.