**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| FIRTIVA CORPORATION, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | 2:21-cv-111-JRG-RSP |
| v. | : | |
| | : | |
| FUNIMATION GLOBAL GROUP, LLC, | : | |
| | : | |
| Defendant. | x | |

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Funimation Global Group, LLC states that more than 10% of its stock is collectively owned by (1) AXN Investment Inc., an indirect, wholly owned subsidiary of Sony Group Corporation, and (2) Aniplex Inc. a direct, wholly owned subsidiary of Sony Music Entertainment (Japan) Inc., which is wholly owned by Sony Group Corporation. Sony Group Corporation is a corporation existing under the laws of Japan, whose common stock trades principally on the Tokyo Stock Exchange and whose American Depository Receipts related to its common stock are traded on the New York Stock Exchange. Funimation Global Group, LLC has no additional corporate parent that is publicly held or otherwise traded on an American stock exchange.

Dated:  June 7, 2021

Respectfully submitted,

/s/ Melissa R. Smith
Gregory S. Gewirtz (*pro hac vice*)
Jonathan A. David (*pro hac vice*)
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ 07016
Tel:    908.654.5000
Fax:    908.654.7866
Email: ggewirtz@lernerdavid.com
            jdavid@lernerdavid.com
            litigation@lernerdavid.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Attorneys for Defendant***
***Funimation Global Group, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 7, 2021.

/s/ Melissa Smith
Melissa Smith