# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FIRTIVA CORPORATION, : | |
| : | |
| Plaintiff, : | Civil Action No. |
| : | 2:21-cv-111-JRG-RSP |
| v. : | |
| : | |
| FUNIMATION GLOBAL GROUP, LLC, : | |
| : | |
| Defendant. | |

## **JURY DEMAND**

Pursuant to Fed. R. Civ. P. 38(b), Defendant Funimation Global Group, LLC hereby demands a trial by jury.

Dated:  June 7, 2021

Respectfully submitted,

/s/ *Melissa R. Smith*
Gregory S. Gewirtz (*pro hac vice*)
Jonathan A. David (*pro hac vice*)
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ 07016
Tel:     908.654.5000
Fax:    908.654.7866
Email: ggewirtz@lernerdavid.com
           jdavid@lernerdavid.com
           litigation@lernerdavid.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant*
*Funimation Global Group, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on June 7, 2021.

*/s/ Melissa Smith*
Melissa Smith

sf-4486973