# EXHIBIT A

# Firtiva Corporation's P.R. 4-3(a)(2) Claim Construction Chart of Terms and Support

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| FIRTIVA CORPORATION | § | |
| | § | |
| v. | § | Case No. 2:21-CV-0111-JRG-RSP |
| | § | |
| FUNIMATION GLOBAL GROUP, LLC | § | |

**PLAINTIFF FIRTIVA CORPORATION'S CLAIM CONSTRUCTION CHART OF TERMS AND SUPPORT PURSUANT TO LOCAL RULE 4-3(a)(2)**

| Term[1] | Firtiva's Proposal | Firtiva List of Evidence |
|---|---|---|
| "A computer implemented method comprising"<br><br>"A computer comprising"<br><br>"A system comprising" | Plain and Ordinary Meaning | **Intrinsic Evidence**<br>'999 patent<br>• col. 4, ll. 2-8.<br>• claim 5-6, 8, 14, 23, and 30<br>• claim 6<br>• col. 4, ll. 21-28.<br>• FIG. 4<br>• col. 5, ll. 29-41<br>• FIG. 6<br>• col. 6, l. 56 – col. 7, l. 4<br>• col. 6, ll. 5-13 |
| "receiving an enticement based on the embedded information, the viewing information, user information retrieved based on the user identifier, and a sponsor of | Plain and Ordinary Meaning | **Intrinsic Evidence**<br>'999 patent<br>• col. 4, ll. 2-8.<br>• claim 5-6, 8, 14, 23, and 30<br>• claim 6<br>• col. 4, ll. 21-28.<br>• FIG. 4<br>• col. 5, ll. 29-41<br>• FIG. 6<br>• col. 6, l. 56 – col. 7, l. 4 |

---

[1] All terms herein were proposed for construction by Funimation

| | | |
|---|---|---|
| the time slice corresponding to the sponsor identification"<br><br>"the receiver further configured to receive an enticement based [on] the embedded information, the viewing information, user information retrieved based on the user identifier, and a sponsor of the time slice corresponding to the sponsor identification"<br><br>"transmitting the enticement based on at least one of: the embedded information, the viewing information, the user information, and a sponsor of the broadcast"<br><br>"transmit the enticement based on at least one of: the embedded information, the viewing information, the user information, and a sponsor of the broadcast" | | • col. 6, ll. 5-13 |
| "user identifier" | Plain and Ordinary Meaning | **Intrinsic Evidence**<br>'999 patent<br>• col. 2, ll. 31-32 |

| | | |
|---|---|---|
| | | • col. 2, ll. 37-44<br>• col. 3, ll. 3-5<br>• col. 3, ll. 9-16<br>**Extrinsic Evidence**<br>• Funimation's Privacy policy identified at https://funimation-app.com/privacy (Ex. A to Firtiva's 4-2 disclosures)<br>• Dkt. 1-2 (Ex. B to Complaint)<br>• Sony Privacy policy identified at https://www.sony.com/en_us/SCA/privacypolicy.html (last accessed 9/2/2021) (Ex. B to Firtiva's 4-2 disclosures).<br>• Brightcove Privacy policy identified at https://www.brightcove.com/en/legal/privacy (last accessed 9/2/2021) (Ex. C to Firtiva's 4-2 disclosures).<br>• Freewheel Privacy policy identified at https://www.freewheel.com/privacy-policy (last accessed 9/2/2021) (Ex. D to Firtiva's 4-2 disclosures)<br>• https://www.dictionary.com/browse/user (last accessed 9/2/2021)<br>• https://www.merriamwebster.com/dictionary/user (last accessed 9/2/2021)<br>https://www.dictionary.com/browse/identifier (last accessed 9/2/2021)<br>• Wiley Electrical and Electronics Engineering Dictionary (Ex. E to Firtiva's 4-2 disclosures)<br>• McGraw-Hill Dictionary of Scientific and Technical Terms, Sixth Edition (Ex. F to Firtiva's 4-2 disclosures)<br>• Random House Webster's Unabridged Dictionary, Second Edition (Ex. G to Firtiva's 4-2 disclosures) |
| "sponsor identification" | Plain and Ordinary Meaning | **Intrinsic Evidence**<br>'999 patent<br>• Abstract<br>• FIG. 6<br>• FIG. 8<br>• col. 2, ll. 7-23<br>• col. 2, ll. 25-44<br>• col. 2, ll. 47-62<br>• col. 2, l. 65 to col. 3, l. 17<br>• col. 3, ll. 57-60<br>• col. 4, ll. 2-8 |

| | | |
|---|---|---|
| | | - col. 4, ll. 11-15<br>- col. 4, ll. 21-28<br>- col. 4, ll. 40-43<br>- col. 4, ll. 46-58<br>- col. 4, ll. 61-65<br>- col. 5, ll. 4-10<br>- col. 5, ll. 15-25<br>- col. 5, ll. 29-41<br>- col. 5, ll. 42-55<br>- col. 6, ll. 1-4<br>- col. 6, ll. 5-12<br>- col. 6, ll. 55-67<br>- col. 7, ll. 1-13<br>- FIRTIVA_000084<br>**Extrinsic Evidence**<br>- Ex. E to Firtiva 4-2 disclosures<br>- Ex. F to Firtiva 4-2 disclosures<br>- Ex. G to Firtiva 4-2 disclosures<br>- https://www.dictionary.com/browse/sponsor (last accessed 9/2/2021) |
| "user information" | Plain and Ordinary Meaning<br><br>Not invalid under 35 U.S.C. §112 | **Intrinsic Evidence**<br>'999 patent<br>- col. 2, ll. 6-13<br>- col. 2, ll. 24-30<br>- col. 2, ll. 37-40<br>- col. 2, ll. 45-53<br>- col. 2, l. 63-col. 3, l. 3.<br>- col. 3, ll. 5-16<br>- col. 3, l. 56 to col. 4, l. 8<br>- col. 4, ll. 11-27<br>- col. 4, ll. 39-51<br>- col. 4, ll. 52-58<br>- col. 4, l. 61 to col. 5, l. 10<br>- col. 5, ll. 36-41<br>- col. 6, ll. 51-60<br>- FIRTIVA_0000089-90<br>- FIRTIVA_0000101-102<br>- FIRTIVA_104-105<br>- FIRTIVA_0000108-109<br>- FIRTIVA_0000111-112<br>- FIRTIVA_0000115-118<br>- FIRTIVA_0000135<br>- FIRTIVA_0000175<br>- FIRTIVA_178-179 |

| | | |
|---|---|---|
| | | - FIRTIVA_0000181-183, 185-186<br>- FIRTIVA_0000189<br>- FIRTIVA_0000204<br>- FIRTIVA_0000265<br>**Extrinsic Evidence**<br>- PR 4-2(b) Declaration of Dr. Tal Lavian, dated September 24, 2021<br>- Ex. A to Firtiva 4-2 disclosures<br>- Dkt. 1-2<br>- Ex. B to Firtiva 4-2 disclosures<br>- Ex. C to Firtiva 4-2 disclosures<br>- Ex. D to Firtiva 4-2 disclosures<br>- https://www.dictionary.com/browse/information (last accessed 9/2/2021)<br>- https://www.dictionary.com/browse/user (last accessed 9/2/2021)<br>- https://www.merriamwebster.com/dictionary/user (last accessed 9/2/2021)<br>- Ex. E to Firtiva 4-2 disclosures<br>- Ex. F to Firtiva 4-2 disclosures<br>- Ex. G to Firtiva 4-2 disclosures<br>- US Patent No. 7,003,792<br>- US Patent No. 5,796,952<br>- US Pub. No. 2003/0135853<br>- US Patent No. 5,974,451<br>- US Patent No. 8,271,487<br>- US Patent No. 7,496,947<br>- US Pub. No. 2007/0072676<br>- US Pub. No. 2002/0152117<br>- US Pub. No. 2002/0169540 |
| "time slice" | Plain and Ordinary Meaning | **Intrinsic Evidence**<br>'999 patent<br>- FIG. 4<br>- col. 5, ll. 29-41<br>- FIG. 6<br>- col. 6, l. 56 – col. 7, l. 4<br>- col. 6, ll. 27-39<br>- col. 6, ll. 40-48<br>- FIRTIVA_0000084-85, 87, 89-90<br>**Extrinsic Evidence**<br>Ex. G to Firtiva 4-2 disclosures |
| "end-of-slice marker that signals the end of a time | Plain and Ordinary Meaning | **Intrinsic Evidence**<br>'999 patent<br>- FIG. 4 |

| | | |
|---|---|---|
| slice" | | • col. 5, ll. 29-41<br>• FIG. 6<br>• col. 6, l. 56 – col. 7, l. 4<br>• col. 6, ll. 27-39<br>• col. 6, ll. 40-48<br>• FIRTIVA_0000084-85, 87, 89-90<br>**Extrinsic Evidence**<br>Ex. G to Firtiva 4-2 disclosures |
| "enticement" | Plain and Ordinary Meaning | **Intrinsic Evidence**<br>'999 patent<br>• Abstract<br>• col. 2, ll. 2-4<br>• col. 2, ll. 20-23<br>• col. 2, ll. 40-44<br>• col. 2, ll. 59-62<br>• col. 3, ll. 13-16<br>• col. 4, ll. 2-8<br>• col. 4, ll. 20-28<br>• col. 4, ll. 52-58<br>• col. 5, ll. 4-10<br>**Extrinsic Evidence**<br>https://www.merriamwebster.com/thesaurus/enticement (last accessed 9/2/2021) |
| "the data comprising at least one of a TV channel, content name, timestamp, time slice, and sponsor identification" | Plain and Ordinary Meaning | **Intrinsic Evidence**<br>'999 patent<br>• FIG. 4<br>• col. 5, ll. 29-41 |