# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FIRTIVA CORPORATION, | : |
| | : |
| Plaintiff, | :   Civil Action No. |
| | :   2:21-cv-111-JRG-RSP |
| v. | : |
| | : |
| FUNIMATION GLOBAL GROUP, LLC, | : |
| | : |
| Defendant. | : |
| | x |

## DEFENDANT'S NOTICE OF FILING AN AMENDED EXHIBIT B
## TO THE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the Court's Order of October 11, 2021 (Dkt. 39), Defendant Funimation Global Group, LLC hereby files its Amended Exhibit B to the Joint Claim Construction and Prehearing Statement. The Amended Exhibit B is attached hereto as Exhibit 1.

Dated:  October 12, 2021                              Respectfully submitted,

/s/ *Gregory S. Gewirtz*
Gregory S. Gewirtz (*pro hac vice*)
Jonathan A. David (*pro hac vice*)
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ 07016
Tel:    908.654.5000
Fax:   908.654.7866
Email: ggewirtz@lernerdavid.com
            jdavid@lernerdavid.com
            litigation@lernerdavid.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant*
*Funimation Global Group, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on October 12, 2021.

                                              */s/ Gregory S. Gewirtz*
                                              Gregory S. Gewirtz