IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| FIRTIVA CORPORATION, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>FUNIMATION GLOBAL GROUP, LLC, §<br>§<br>Defendant. § | Case No. 2:21-CV-0111-JRG-RSP |

## JOINT NOTICE REGARDING MEDIATION

Pursuant to the Court's Second Docket Control Order (Dkt. 62), Plaintiff Firtiva Corporation and Defendant Funimation Global Group, LLC (together, the "Parties") hereby submit this Joint Notice Regarding Mediation.

The Second Docket Control Order requires the Parties to "file a Joint Notice indicating whether the case should be referred for mediation" and "whether they have a mutually agreeable mediator for the Court to consider." Dkt. 62 at 6.

The Parties agree that this case may benefit from mediation. The Parties have agreed to work together in good faith to schedule mediation at a mutually agreeable time. As part of that process, the Parties will endeavor to select a mutually agreeable mediator by the end of the day on January 28, 2022 and will promptly notify the Court upon selection of a proposed mediator.

Date: January 18, 2022 Respectfully submitted,

By:    */s/ Brian R. Michalek w/permission Andrea L. Fair*
Brian R. Michalek (*pro hac vice*)
Joseph Kuo (*pro hac vice*)
Lillian J. Lee (*pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone: 312-876-7100
Facsimile: 312-876-0288
E-mail: brian.michalek@saul.com
      joseph.kuo@saul.com
      lillian.lee@saul.com

Brian R. Landry (*pro hac vice*)
SAUL EWING ARNSTEIN & LEHR LLP
131 Dartmouth Street, Suite 501
Boston, MA 02116
Telephone: 617-723-3300
Facsimile: 617-723-4151
E-mail: brian.landry@saul.com

Of Counsel:
Claire Abernathy Henry (Texas State Bar No. 24053063)
Andrea L. Fair (Texas State Bar No. 24078488)
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
E-mails: claire@wsfirm.com
      andrea@wsfirm.com

***Attorneys for Plaintiff Firtiva Corporation***

By:    */s/ Gregory S. Gewirtz w/permission Andrea L. Fair*
Gregory S. Gewirtz (*pro hac vice*)
Jonathan A. David (*pro hac vice*)
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ 07016
Tel: 908.654.5000
Fax: 908.654.7866

Email: ggewirtz@lernerdavid.com
jdavid@lernerdavid.com
litigation@lernerdavid.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Attorneys for Defendant***
***Funimation Global Group, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 18th day of January 2022.

*/s/ Andrea L. Fair*

## CERTIFICATE OF CONFERENCE

I certify that, pursuant to Local Rule CV-7(i), counsels for Plaintiff Firtiva Corporation and Defendant Funimation Global Group, LLC have complied with the meet and refer requirement of the Court and are jointly filing this notice.

*/s/ Brian R. Michalek w/permission Andrea L. Fair*