# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FIRTIVA CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>FUNIMATION GLOBAL GROUP, LLC,<br><br>　　Defendant. | Civil Action No. 2:21-cv-111-JRG-RSP |

## NOTICE OF COMPLIANCE

Defendant Funimation Global Group, LLC hereby notifies the Court that it has served its Objections to Pretrial Disclosures and Rebuttal Pretrial Disclosures pursuant to the Court's March 30, 2022 Third Amended Docket Control Order [Dkt. No.110] on counsel for Plaintiff via electronic mail on April 8, 2022.

Dated: April 11, 2022  Respectfully submitted,

        */s/ Melissa R. Smith*
Gregory S. Gewirtz (*pro hac vice*)
Jonathan A. David (*pro hac vice*)
LERNER, DAVID, LITTENBERG,
  KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ 07016
Tel:    908.654.5000
Fax:    908.654.7866
Email: ggewirtz@lernerdavid.com
         jdavid@lernerdavid.com
         litigation@lernerdavid.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Attorneys for Defendant***
***Funimation Global Group, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 11, 2022.

    */s/ Melissa Smith*
Melissa Smith