**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| FIRTIVA CORPORATION | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:21-CV-0111-JRG-RSP |
| | § | |
| FUNIMATION GLOBAL GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

**JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT**

Plaintiff Firtiva Corporation ("Firtiva") and Defendant Funimation Global Group, LLC ("Funimation") (collectively, "the Parties") submit this Joint Motion to Stay and Notice of Settlement to notify the Court that all claims between the Parties in this action have been settled in principle.

The Parties are in the process of memorializing a long-form settlement agreement and will promptly submit formal dismissal papers once the long-form agreement is finalized.  In the interim, the Parties jointly request that the case be stayed for a period of 30 days to allow the Parties to negotiate and execute a long-form agreement and file dismissal papers.

40118042.1

Date: June 2, 2022                            Respectfully submitted,

By:    */s/ Brian R. Michalek*
   Brian R. Michalek (*pro hac vice*)
   Joseph Kuo (*pro hac vice*)
   Lillian J. Lee (*pro hac vice*)
   SAUL EWING ARNSTEIN & LEHR LLP
   161 North Clark Street, Suite 4200
   Chicago, Illinois 60601
   Telephone: 312-876-7100
   Facsimile: 312-876-0288
   E-mail: brian.michalek@saul.com
     joseph.kuo@saul.com
     lillian.lee@saul.com

   Brian R. Landry (*pro hac vice*)
   SAUL EWING ARNSTEIN & LEHR LLP
   131 Dartmouth Street, Suite 501
   Boston, MA 02116
   Telephone: 617-723-3300
   Facsimile: 617-723-4151
   E-mail: brian.landry@saul.com

   Of Counsel:
   Claire Abernathy Henry (Texas State Bar No.
   24053063)
   Andrea L. Fair (Texas State Bar No. 24078488)
   WARD, SMITH & HILL, PLLC
   1507 Bill Owens Parkway
   Longview, Texas 75604
   Telephone: (903) 757-6400
   Facsimile: (903) 757-2323
   E-mails: claire@wsfirm.com
     andrea@wsfirm.com

   ***Attorneys for Plaintiff Firtiva Corporation***

By:    */s/ Gregory S. Gewirtz*
   Gregory S. Gewirtz (*pro hac vice*)
   Jonathan A. David (*pro hac vice*)
   James A. Vezeris (*pro hac vice*)
   Daniela Caro-Esposito (*pro hac vice*)
   LERNER, DAVID, LITTENBERG,
   KRUMHOLZ & MENTLIK, LLP
   20 Commerce Drive
   Cranford, NJ 07016

40118042.1

Tel: 908.654.5000
Fax: 908.654.7866
Email: ggewirtz@lernerdavid.com
jdavid@lernerdavid.com
jvezeris@lernerdavid.com
dcaro-esposito@lernerdavid.com
litigation@lernerdavid.com

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***Attorneys for Defendant***
***Funimation Global Group, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on this 6th day of June 2022.

*/s/* Brian R. Michalek

## CERTIFICATE OF CONFERENCE

I certify that, pursuant to Local Rule CV-7(i), counsel for Plaintiff Firtiva Corporation and Defendant Funimation Global Group, LLC have complied with the meet and refer requirement of the Court and are jointly filing this notice.

*/s/* Brian R. Michalek

40118042.1